# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2037
_____

VUNSHEA MANQUEIL REIDS,

Appellant,

v.

STATE OF FLORIDA DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and AYANNA M.
FERGUSON,

Appellees.

_____

On appeal from the Department of Revenue.
Garnett W. Chisenhall, Administrative Law Judge.


August 2, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Vunshea Manqueil Reids, pro se, Appellant.

Ashley Moody, Attorney General, and Sarah Prieto, Assistant Attorney General, Tallahassee, for Appellee, Department of Revenue.